No. 932.  BRENNER, COMMISSIONER OF PATENTS *v.* MANSON.  C. C. P. A.  Certiorari granted.  *Solicitor General Cox, Assistant Attorney General Douglas, Sherman L. Cohn* and *Edward Berlin* for petitioner.  *Dean Laurence, Herbert I. Sherman* and *John L. White,* for respondent.

No. 959.  EVANS ET AL. *v.* NEWTON ET AL.  Sup. Ct. Ga.  Certiorari granted.  *Jack Greenberg, James M. Nabrit III, Michael Meltsner* and *Donald L. Hollowell* for petitioners.  C. *Baxter Jones* for respondents.

No. 742.  KATCHEN *v.* LANDY, TRUSTEE IN BANKRUPTCY.  C. A. 10th Cir.  Certiorari granted.  *Fred M. Winner* for petitioner.  *Robert B. Rottman* for respondent.

No. 397.  FANECA *v.* UNITED STATES ET AL.  C. A. 5th Cir.  Certiorari denied.  *Charles A. Carter* for petitioner. *Solicitor General Cox, Assistant Attorney General Douglas* and *Sherman L. Cohn* for the United States et al.

No. 726.  MARDEROSIAN *v.* UNITED STATES.  C. A. 1st Cir.  Certiorari denied.  *Leo Patrick McGowan* for petitioner.  *Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States.